Albert F. Quintrall, Esq. #58066
**QUINTRALL & ASSOCIATES LLP**
Attorneys at Law
1550 Hotel Circle North, Suite 350
San Diego, California 92108-2901
TEL (619) 295-7117, FAX (619) 295-7322

Attorneys for Use-Plaintiffs DANNY L. THACKER
and ALAIRE M. HAWKINS, individuals
doing business as DANHAWK GENERAL ENGINEERING CO

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, NINTH CIRCUIT

'08 CV 0228 BEN BLM

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of DANNY L. THACKER and ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING CO., <br><br> Use-Plaintiff, <br><br> v. <br><br> COMMERCIAL DIVERSIFIED, INC., a California corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a surety; and DOES I through XX, inclusive, <br><br> Defendants. | CASE NO.: _____ <br><br> **COMPLAINT FOR BREACH OF CONTRACT; ON MILLER ACT PAYMENT BOND** <br><br> 40 U.S.C. § 270(a)-270(e) MILLER ACT <br><br> [Demand Amount: $114,468.00] |

Use-Plaintiffs DANNY L. THACKER and ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING CO complains and alleges:

### JURISDICTION

1.   This Court has jurisdiction of this matter as a federal question pursuant to 28 U.S.C. § 1331 and by virtue of 40 U.S.C. § 270(a) - 270(e) (Miller Act). Use-plaintiff is a claimant pursuant to U.S.C. § 270(a) - 270(e).

///

-1-
COMPLAINT ON MILLER ACT PAYMENT BOND

## VENUE

2. Venue is proper in the United States District Court for the Southern District of California as the contract was performed within this district as provided by Title 40, U.S.C. § 270(b).

## PARTIES

3. Use-plaintiffs, DANNY L. THACKER and ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING CO, ("Use-Plaintiffs") are, and at all times herein mentioned were, individuals with their principal place of business in San Diego County, California.

4. Use-Plaintiffs are informed and believe, and thereon allege, that Defendant COMMERCIAL DIVERSIFIED, INC. ("CDI") is, and at all times herein mentioned was a California corporation authorized to do work in the State of California.

5. Use-Plaintiffs are informed, believe, and on that basis allege that Defendant FIRST NATIONAL INSURANCE COMPANY OF AMERICA, ("FIRST NATIONAL") is, and at all times mentioned was, a surety duly organized and operating under the laws of the State of Washington and authorized to do business as surety upon bonds or undertakings in the State of California.

6. Use-Plaintiffs are informed, believe, and thereon allege that at all times herein mentioned, each of the Defendants sued herein was the agent and employee of each of the remaining defendants and was at all times acting within the course and scope of such agency and employment.

7. DOES I through XX, inclusive, are other parties or entities which are liable to Use-Plaintiffs for the damages complained of herein, whose names will be supplied specifically in these proceedings when they are discovered by Use-Plaintiffs, and Use-Plaintiffs will seek leave of the Court to amend its complaint when the identity of these Defendants are determined.

## FACTS

8. CDI, as prime contractor, entered into a written contract with the United States of America, ("Government") for that certain work of improvement known as CONSTRUCT TACTICAL AIRCRAFT WASHRACK, EAF (TP-E-0136RS), MARINE CORPS AIR GROUND COMBAT CENTER, TWENTYNINE PALMS, CALIFORNIA [N62473-06-C-5247] ("prime contract").

9. CDI entered into a subcontract agreement with Use-Plaintiffs to furnish labor, services, equipment, and materials for the project. A copy of the subcontract agreement is attached as Exhibit "A".

10. CDI, as principal, and FIRST NATIONAL, as surety, executed a payment bond – bond number 651020026 ("Bond") in accordance with the provisions of Title 40 of the U.S.C. § 270(a), guaranteeing payment to Use-Plaintiffs.

11. The bond was delivered to and accepted by the Government and it inures to the benefit of Use-Plaintiffs.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

Use-Plaintiffs, for a First Claim for Relief against Defendants CDI and DOES 1 through XX (collectively referred to as "Defendants"), alleges that:

12. Use-Plaintiffs re-allege and incorporate by reference paragraphs 1 through 11, above, as though set forth in full at this point.

13. Use-Plaintiffs entered into a subcontract agreement with CDI to furnish labor for complete demolition, excavation and fill, etc. per the plans and specifications ("LABOR AND/OR MATERIALS").

14. Use-Plaintiffs have performed all conditions, covenants, and promises required on their part to be performed in accordance with the terms and conditions of the Agreement. From approximately October 2006 to April 2007, Plaintiff provided LABOR AND/OR MATERIALS to the Project.

15. Defendants have breached the agreement by failing to pay for said labor, equipment and materials provided by Use-Plaintiffs.

16. As a direct and proximate result of Defendants' breach of the Agreement, Use-Plaintiffs have suffered damage in the sum of $114,468.00 together with interest at the rate of ten percent (10%) per annum from balance due date, until paid; $82,616.00 of which are damages from extended overhead costs due to project delays.

17. Plaintiff has retained the law firm of QUINTRALL & ASSOCIATES, LLP to enforce the Agreement and prosecute this action. Pursuant to the terms of the Agreement, Plaintiff is entitled to reasonable attorney's fees and costs incurred in connection with this matter.

### SECOND CLAIM FOR RELIEF

(On Payment Bond)

Use-Plaintiffs, for a Second Claim for Relief against Defendants CDI, FIRST NATIONAL and DOES 1 through XX (collectively referred to as "Defendants"), alleges that:

18. Use-Plaintiffs re-allege and incorporate herein by reference each and every allegation of paragraphs 1 through 17, as set forth above.

19. CDI has failed and refused to pay Use-Plaintiffs monies due to it under the Sub-contract Agreement, despite Use-Plaintiffs' repeated demands.

20. A period of more than ninety (90) days have elapsed since the last date on which Use-Plaintiffs last performed under the subcontract with CDI and Use-Plaintiffs have not been paid in full, leaving a balance due, owing, and unpaid from CDI and FIRST NATIONAL to Use-Plaintiffs, pursuant to the Miller Act payment bond's provisions, in the principal sum of $114,468.00, together with interest thereon at the rate of ten percent (10%) interest from and after a date according to proof, until paid.

21. In order to present its claim and prosecute this action, Use-Plaintiffs have been compelled to engage the law firm of QUINTRALL & ASSOCIATES, LLP to enforce the agreement and prosecute this action.

22. Use-Plaintiffs are entitled to reasonable attorney's fees and costs incurred in connection with this matter.

WHEREFORE, Use-Plaintiffs pray judgment as follows:

### ON THE FIRST CLAIM FOR RELIEF AGAINST DEFENDANT CDI, AND DOES 1 THROUGH XX:

1. For the principal sum of $114,468.00;

2. For interest thereon at the rate of ten percent (10%) per annum from and after October 9, 2006, until paid;

3. For reasonable attorney's fees;

4. For costs of suit incurred herein;

5. For such other and further relief as this Court deems just and proper;

**ON SECOND CLAIM FOR RELIEF AGAINST ALL DEFENDANTS:**

1. For the sum of $31,852.00;

2. For interest thereon at the rate of ten percent (10%) per annum from and after October 9, 2006, until paid;

3. For reasonable attorney's fees;

4. For costs of suit incurred herein, and for such other and further relief as the Court deems just and proper.

Dated: February 4, 2008

QUINTRALL & ASSOCIATES, LLP

By: _____
Albert F. Quintrall, Esq.
Attorney for Use-Plaintiffs, DANNY L. THACKER and ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING CO

# CONSTRUCTION SUB-CONTRACT AGREEMENT

This is a proposal to perform work at: N62473-06-C-5247 CONSTRUCT TACTICAL AIRCRAFT WASHRACK, EAF, (TP-E-0136RS), MARINE CORPS AIR GROUND COMBAT CENTER, TWENTYNINE PALMS, CA

made this 9th day of October 2006 by:  
hereinafter "Subcontractor," with principal office at:  
    Danhawk General Engineering  
    8436A Winter Gardens Blvd  
    Lakeside CA 92040

to *Commercial Diversified, Inc.* hereinafter "Contractor," with principal office at:  
72033 Twentynine Palms Highway, Twentynine Palms, California.

Subcontractor proposes the following provisions:

We agree to perform all labor necessary to complete the following as per plans and specifications: (include job address):

Complete Demolition, Section 024100, Excavation & Fill, Section 312300 Per Plans & Specs; Certified Payroll Required; Submittals Required; Liability Insurance naming Contractor & Owner as additional Insured; Workers Compensation Certificate required.

At: N62473-06-C-5247 CONSTRUCT TACTICAL AIRCRAFT WASHRACK, EAF, (TP-E-0136RS), MARINE CORPS AIR GROUND COMBAT CENTER, TWENTYNINE PALMS, CA

Exclusions: Survey, soils testing, permits, capillary water barrier, dust control, traffic control, barricades, fences, erosion control, hazardous materials, RipRap, utility bedding mat, geo fabric, locating of existing utilities as per Proposal dated 10-9-

For the sum of: $82,800.00  
Eighty-two Thousand Eight Hundred Dollars and No Cents  
Payable as follows: PER PROGRESS PAYMENT SCHEDULES — *Which is !!!* *Prompt Pay 14 day D.T.*  
*PER GOV'T INVOICE 30 DAY CYCLE* *x rac it D.T. mc*

Any alteration or deviation from plans or specifications, whether involving extra cost of materials or labor or not, will be executed only upon written order for same, and will become an extra charge or credit when approved in writing by all parties concerned. It is further agreed that SUBCONTRACTOR will carry all necessary workman's compensation and liability insurance for the protection of all parties working on the project under the control of or in the employ of the subcontractor, also public liability insurance. The above proposal and contract becomes binding when approved and accepted by Contractor. SUBCONTRACTOR further agrees to hold the Owner, Contractor and/or supervisor harmless from any and all Federal and State taxes allocable to the labor or material furnished and/or installed by Subcontractor. Subcontractor agrees to begin work within TWO days of written notice of approval and acceptance of this subcontract agreement by Contractor, and to continue said work diligently to completion, and if, in the opinion of Contractor, the job is not proceeding fast enough, Contractor may give Subcontractor notice in writing, allowing him FORTY EIGHT (48) hours in which to supply the necessary labor or material. Should the Subcontractor fail or refuse to comply with the written request, Contractor may order such labor and material as is necessary to complete the job and the cost of same shall be paid by Subcontractor, provided, however, Subcontractor may claim and receive benefit of any excuses for delay to which Contractor under his original contract with the Owner is entitled and to the same extent.

Should a dispute arise relating to Subcontractor's increment of work, Subcontractor shall pay all legal fees and court costs applicable. Subcontractor shall take active participation for any adjustments involving delay of compensation to exhaust all avenues for a claim arising within the scope of his labor and related materials. Should the owner decide the claim has no merit, the owner's decision shall be binding.

Contractors are required by law to be licensed and regulated by the Contractor's State license Board. Any questions concerning a contractor may be referred to the Registrar of the Board, Contractors' State License Board, P.O. Box 26000, Sacramento, CA 95826

Respectfully submitted:  
Subject to the approval and signatures of (2) Commercial Diversified, Inc. Corporate Officers.

Subcontractor: Danhawk General Engineering  
License No.:  
By: *Danny Thacker* (signature)  
Print: *Danny Thacker*  
Title: *Owner / Partner*

Contractor: Commercial Diversified, Inc.  
License No.: 518140  
By: *Richard A. Cobales* (signature)  
    President  
By: *Myrna Cobales* (signature)  
    Secretary/Treasurer

*License Not Required on Military D.T.*

*Received Signed Subcontract on Nov. 9, 2006*

*Page 2 of*

No Smoking Permitted on Jobsite. Hardhat, eye and ear protection, shirts with sleeves, pants and work boots required at all times.

EXHIBIT "A"

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 147280      - BH
      * * C O P Y * *
      February 05, 2008
           15:34:50


       Civ Fil Non-Pris
USAO #.: 08CV0228 CIVIL FILING
Judge..: ROGER T BENITEZ
Amount.:                $350.00 CK
Check#.: BC# 1803



       Total-> $350.00



FROM: HACKER V. COMMERCIAL DIVSFD.
      CIVIL FILING
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
The United States, for the use and benefit of Danny L. Thacker and Alaire M. Hawkins, individuals dba Danhawk General Engineering, Co.

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Albert F. Quintrall, Esq. Quintrall & Associates LLP, 1550 Hotel Circle North, Suite 350, San Diego, CA 92108; Tel (619) 295-7117

## DEFENDANTS

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known):

**FILED FEB 05 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

'08 CV 0228 BEN BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability |  | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  |  | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 861 HIA (1395ff) |
| ☐ 196 Franchise |  |  |  | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ☐ 865 RSI (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 891 Agricultural Acts |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 892 Economic Stabilization Act |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  | ☐ 893 Environmental Matters |
|  |  |  |  |  | ☐ 894 Energy Allocation Act |
|  |  |  |  |  | ☐ 895 Freedom of Information Act |
|  |  |  |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  |  |  |  |  | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 USC 270
Brief description of cause:
Breach of Contract on Miller Act Payment Bond

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 114,468.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 2/4/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 147280  AMOUNT $350  2/5/08 BH  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____