Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**D**

FEB 05 2008

CLERK, U.S. ... COURT
SOUTHERN D... ... ...FORNIA
BY ........................... DEPUTY

THE UNITED STATES, for the use and
benefit of DANNY L. THACKER and ALAIRE
M. HAWKINS, Individuals doing business
as DANHAWK GENERAL ENGINEERING CO.,

    Use-Plaintiff,

    vs.

COMMERCIAL DIVERSIFIED, INC., A
California corporation; FIRST
NATIONAL INSURANCE COMPANY OF AMERICA,
a surety; and DOES 1 through XX,
inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0228 BEN BLM

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Albert F. Quintrall, Esq.
Quintrall & Associates, LLP
1550 Hotel Circle North, Suite 120
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _____ , Deputy Clerk

2/6/08

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)