| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| ALBERT F. QUINTRALL   SBN 58066<br>QUINTRALL & ASSOCIATES, LP<br>1550 HOTEL CIRCLE NORTH<br>STE 120<br>SAN DIEGO CA 92108 | 619-295-7117<br><br>Ref. No. or File No.<br>Danhawk | FILED<br>08 MAR 12 PM 2:29<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:_____ DEPUTY |
| ATTORNEY FOR  Plaintiff | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Southern District, San Diego<br>880 Front St #4290 San Diego CA 92101 | | |
| SHORT TITLE OF CASE:<br>U.S., fbo DANNY THACKER v COMMERCIAL DIVERSIFIED | | |
| INVOICE NO.  611980 | DATE:   TIME:   DEP./DIV. | CASE NUMBER:<br>08CV0228BENBLM |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    SUMMONS IN A CIVIL ACTION
    COMPLAINT FOR BREACH OF CONTRACT
    ON MILLER ACT PAYMENT BOND (40 USC 270(a)-270(e) MILLER ACT)

ON: FIRST NATIONAL INSURANCE
    COMPANY OF AMERICA, A SURETY

AT: 818 WEST SEVENTH ST.
    #200
    LOS ANGELES CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARIA SANCHEZ
WHOSE TITLE IS: AUTHORIZED AGENT FOR SERVICE

ON: 02/27/08     AT: 10:33AM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: ANTONIO OUTTEN          FEE FOR SERVICE:     49.50

RAPID LEGAL                              d.  Registered California process server
1199 MONTEREY PASS RD                    (1) [ X ] Employee or [  ] Independent Contractor
MONTEREY PARK, CA 91754                  (2) Registration No. 5694
323-526-7300                             (3) County: LOS ANGELES
                                         (4) Expiration: 01/15/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/28/08                 > SIGNATURE

