1 | Albert F. Quintrall, Esq. #58066
2 | **QUINTRALL & ASSOCIATES LLP**
Attorneys at Law
3 | 1550 Hotel Circle North, Suite 350
San Diego, California 92108-2901
4 | TEL (619) 295-7117, FAX (619) 295-7322

5 | Attorneys for Use-Plaintiffs DANNY L. THACKER
and ALAIRE M. HAWKINS, individuals
6 | doing business as DANHAWK GENERAL ENGINEERING CO

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | THE UNITED STATES, for the use and benefit of ) CASE NO.: 08 CV 0228 BEN BLM
DANNY L. THACKER and ALAIRE M. )
12 | HAWKINS, individuals doing business as )
DANHAWK GENERAL ENGINEERING CO, ) **JOINT MOTION TO TRANSFER**
13 | ) **CASE TO THE CENTRAL DISTRICT**
) **OF CALIFORNIA – EASTERN**
14 | Use-Plaintiff, ) **DIVISION**
)
15 | v. ) **[NO HEARING REQUIRED]**
)
16 | COMMERCIAL DIVERSIFIED, INC., a )
California corporation; FIRST NATIONAL )
17 | INSURANCE COMPANY OF AMERICA, a )
surety; and DOES I through XX, inclusive, )
18 | )
)
19 | Defendants. )
)
20 |

21 | IT IS HEREBY STIPULATED by and between plaintiffs DANNY L. THACKER and

22 | ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING

23 | CO., by and through their attorney of record, Albert F. Quintrall of Quintrall & Associates, LLP, and

24 |

25 | defendants COMMERCIAL DIVERSIFIED, INC. and FIRST NATIONAL INSURANCE

26 | COMPANY OF AMERICA, by and through their attorney Thomas M. Finrow of the Law Firm of

27

28

1  Thomas M. Finrow, JD, that this matter may be transferred to the Eastern Division of the Central

2  District of California, located at 3470 Twelfth Street, Riverside, CA 92501.

3  Dated: April 2, 2008                        QUINTRALL & ASSOCIATES, LLP

By: _____
Albert F. Quintrall, Esq.
Attorney for Use-Plaintiffs, DANNY L. THACKER and
ALAIRE M. HAWKINS, individuals doing business as
DANHAWK GENERAL ENGINEERING CO

Dated: April 10, 2008                        LAW FIRM OF THOMAS M. FINROW, JD

By: _____
Thomas M. Finrow, Esq.
Attorney for Defendants COMMERCIAL
DIVERSIFIED, INC. and FIRST NATIONAL
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of DANNY L. THACKER and ALAIRE M. HAWKINS, individuals doing business as DANHAWK GENERAL ENGINEERING CO, <br><br> Use-Plaintiff, <br><br> v. <br><br> COMMERCIAL DIVERSIFIED, INC., a California corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a surety; and DOES I through XX, inclusive, <br><br> Defendants. | CASE NO.: 08 CV 0228 BEN BLM <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION** <br><br> **[NO HEARING REQUIRED]** |

The Court having before it the Joint Motion to Transfer Case to the Central District of California, Eastern Division, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____

                                                                       _____
                                                                       Judge of the District Court